McGREGOR W. SCOTT
United States Attorney
LAURA D. WITHERS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

FILED

AUG 03 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

SEALED

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

IN RE: COMPLANTS AUTHORIZING
ARREST OF:

Elfego Alcala, Tamilene Cisneros, Aida
Corona, Lupita Cisneros

CASE NO. 1:18 MJ 00127 EPG

SEALING ORDER

**UNDER SEAL**

The United States having applied to this Court for an order permitting it to file under seal the

complaints and complaint affidavits, and its application to seal in the above-captioned proceedings, and good

cause appearing thereof,

IT IS SO ORDERED, that the complaint and complaint affidavit, application to seal and this Order in

the above-entitled proceedings, shall remain under seal and shall not be disclosed pending further order of

this Court.

Dated:  August  6, 2018

The Honorable Erica P. Grosjean
United States Magistrate Judge

SEALING ORDER                                           1