McGREGOR W. SCOTT
United States Attorney
LAURA D. WITHERS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-MJ-00127-EPG |
| Plaintiff, | |
| v. | MOTION AND ORDER TO UNSEAL COMPLAINT |
| LUPITA CISNEROS, | |
| Defendant. | |

The Complaint in this case, having been sealed by Order of the Court on August 6, 2018, and it appears that it no longer need remain secret,

The United States of America, by and through McGregor W. Scott, United States Attorney, and Laura D. Withers, Assistant United States Attorney, hereby moves that the Complaint in this case be unsealed and made public record.

Dated: August 22, 2018

McGREGOR W. SCOTT
United States Attorney

By: /s/ VINCENZA RABENN
VINCENZA RABENN
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>LUPITA CISNEROS,<br><br>　　　　　　Defendant. | CASE NO. 1:18-MJ-00127-EPG<br><br>ORDER TO UNSEAL COMPLAINT |

　　　Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Complaint filed on August 6, 2018, be unsealed and become public record.

IT IS SO ORDERED.

Dated: __**August 22, 2018**__　　　　　　　　　　　／s／ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE